**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Javier RIVAS–SANCHEZ,
Defendant–Appellant.**

No. 03–10434.

United States Court of Appeals,
Ninth Circuit.

Submitted May 10, 2004.*

Decided May 20, 2004.

David A. Pimsner, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Javier Rivas–Sanchez, Florence, AZ, Javier Chon–Lopez, Asst. Fed. Pub. Def., Federal Public Defender's Office, Tucson, AZ, for Defendant–Appellant.

Before: CANBY, KOZINSKI and PAEZ, Circuit Judges.

MEMORANDUM **

Javier Rivas–Sanchez appeals his 46–month sentence imposed after his guilty-plea conviction for possession of cocaine with intent to distribute in violation of 21 U.S.C. § 841(a)(1). We dismiss for lack of jurisdiction.

Rivas–Sanchez contends the appeal waiver in his written plea agreement is unenforceable because the district court participated in plea negotiations in violation of Fed.R.Crim.P. 11(c). Rivas–Sanchez argues he may therefore appeal his sentence. We disagree.

The district court in this case did not err when it attempted to clarify the terms of the written plea agreement before accepting Rivas–Sanchez's guilty plea. *See United States v. Frank*, 36 F.3d 898, 902–03 (9th Cir.1994). Accordingly, we enforce Rivas–Sanchez's appeal waiver and dismiss the appeal. *See United States v. Nunez*, 223 F.3d 956, 958 (9th Cir.2000).

**DISMISSED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).